IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SHANE PLAIN WOMAN,<br><br>　　　　　Defendant. | CR 01-17-BLG-SPW<br><br>ORDER |

Upon the United States' Amended Motion to Dismiss Petition for Warrant for Offender Under Supervision (Doc. 27), and for good cause being shown,

IT IS HEREBY ORDERED that the United States' Motion (Doc. 27) is **GRANTED.** The petition for warrant for offender under supervision (Doc. 24) is **DISMISSED WITH PREJUDICE.**

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 16th day of January, 2025.

　　　　　　　　　　　　　　　　　　_Susan P. Watters_
　　　　　　　　　　　　　　　　　　SUSAN P. WATTERS
　　　　　　　　　　　　　　　　　　United States District Judge

1